

FILED
CLERK, U.S. DISTRICT COURT

OCT 19 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Vicente Ignacio Morales, DEFENDANT(S). | CASE NUMBER 8:20-MJ-00721-3 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>October 22</u>, <u>2020</u>, at <u>9:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>10D / VTC</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 10-19-20

U.S. District Judge/Magistrate Judge
KAREN E. SCOTT